```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson<br><br>           Plaintiff,<br><br>     vs.<br><br>Espinosa, et al<br><br>           Defendants | Case No. **11-cv-03384-KJM-CKD**<br><br>**ORDER RE: REQUEST TO SET ASIDE ENTRY OF DEFAULT** |

## ORDER

IT IS HEREBY ORDERED THAT the Entry of Default filed April 12, 2012 be and is hereby set aside and permit twenty (20) days to file a response to the pleading.

Dated: May 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE